**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL D. MURPHY, | Case No. 2:19-cv-05034 VBF (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| R. DIAZ, et al. | |
| Defendants. | |

Final judgment is hereby entered in favor of all the defendants and against plaintiff.  IT IS SO ADJUDGED.

DATED:  September 16, 202          /s/ Valerie Baker Fairbank

_____

THE HON. VALERIE BAKER FAIRBANK
Senior United States District Judge